Order issued December 20, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01315-CV

## IN RE CRAIG WATKINS, CRIMINAL DISTRICT ATTORNEY OF DALLAS COUNTY, TEXAS, Relator

### Original Proceeding from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F10-42330-S and F12-40559-S

## O R D E R

The Court has before it real party in interest's December 3, 2012 letter requesting that fees not be assessed against him. The Court **GRANTS** the request and **DIRECTS** the Clerk of this Court to return the November 29, 2012 check in the amount of $25.00 to Katherine A. Drew, real party in interest's appointed attorney.

ELIZABETH LANG-MIERS
JUSTICE